UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Case No. 11-C-919

APPROXIMATELY $59,699.10 IN
UNITED STATES CURRENCY,

    Defendant.

## JUDGMENT OF FORFEITURE

This cause having come before the Court upon Plaintiff's Motion for Judgment of Forfeiture;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The United States shall release to the claimant, Robert E. Cadmus Jr., by and through his attorney, Shane L. Brabazon, Brabazon Law Office, LLC, 221 Packerland Drive, Green Bay, Wisconsin 54303, the sum of $32,000.00 of the approximately $59,699.10 defendant property, less any debt owed to the United States or any agency of the United States, or any other debt that the United States is authorized to collect.

2. All right, title, and interest in the remaining defendant property, approximately $27,699.10 of the approximately $59,699.10 in United States currency, shall be, and hereby is, forfeited to the United States of America.

3. The Internal Revenue Service shall deposit the approximately $27,699.10 in United States currency into the United States Department of the Treasury Forfeiture Fund for disposition according to law.

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Green Bay, Wisconsin, this <u>4th</u> day of May, 2012.

APPROVED:

<u>s/ William C. Griesbach</u>
HONORABLE WILLIAM C. GRIESBACH
United States District Judge

Judgment entered this 4th day of May, 2012.

    JON W. SANFILIPPO
    Clerk of Court

By:
    <u>Mary Fisher</u>
    Deputy Clerk